UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA KIRINICH,

      Plaintiff,

v.                                  **Case No. 8:20-cv-1997-T-02AAS**

ANDREW SAUL,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER

After receiving a ninety-day extension (Doc. 11), the Commissioner of Social Security (Commissioner) requests an additional 90 days to file the answer and electronic certified administrative record. (Doc. 12). If granted, the Commissioner's answer could be filed six months past its original due date.

The Commissioner's motion for extension of time (Doc. 12) is **GRANTED in part and DENIED in part** to the extent that the Commissioner is permitted an additional sixty days. The Commissioner's answer and electronic certified administrative record is due by **April 5, 2021**.

**ORDERED** in Tampa, Florida on February 2, 2021.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge